IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02672-WYD-MEH

JOSEPH RAMEY,

      Plaintiff,

v.

BOULDER COUNTY OF THE STATE OF COLORADO,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2011.**

      In light of this Court's March 10, 2011 order directing Plaintiff to file an Amended Complaint in this case, Plaintiff's Motion to Disqualify Defendant's Attorney [filed February 15, 2011; docket #23] is **denied without prejudice** with leave to refile, if appropriate.