IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02672-WYD-MEH

JOSEPH RAMEY,

    Plaintiff,

v.

THE COUNTY OF BOULDER,
PAT MAYNE,
MARY MYERS,
NANCY SALAZAR, and
KIRBY STONE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2011.**

    Plaintiff's Motion to Compel the Defendants to Produce Documents [filed July 15, 2011; docket #50] is **denied without prejudice**. In contravention of Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 7.1A, Plaintiff has failed to certify that he has conferred with Defendants, prior to filing this motion, regarding their alleged failure to disclose or provide requested discovery, in an effort to obtain the disclosures or discovery without court action.