IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02672-WYD-MEH

JOSEPH RAMEY,

    Plaintiff,

v.

THE COUNTY OF BOULDER,
PAT MAYNE,
MARY MYERS,
NANCY SALAZAR, and
KIRBY STONE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2011.**

    Plaintiff's Second Motion to Compel [filed November 1, 2011; docket #64] is **denied without prejudice**. In contravention of D.C. Colo. LCivR 37.1, Plaintiff has failed to set forth in the motion, or to attach a copy of, the specific interrogatories, requests or responses to which the motion is directed. Without such information, the Court cannot determine whether such discovery has been provided (as argued by Defendants), or whether the discovery requests fall under the scope of Fed. R. Civ. P. 26.